IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-CR-154-FL-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| MOHAMMED TOAHEED ANWO, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion for early termination of supervised release (DE 60), and amended motion for early termination of supervised release (DE 63), with reliance upon training certificates and a supporting letter from Brittany Harris, LCSW, LCAS.

Upon review of the motions, the responses of the government and probation office, and the record in this case, defendant has not demonstrated good cause for early termination at this time. Continuation of supervised release in good standing, with successful employment, family, and community activities as described by defendant, is consistent with the court's expectations at sentencing. Early termination is not warranted where the probation office reports that defendant has not completed a cognitive behavioral program and at least half of his term of supervision, in light of the nature of the offenses of conviction and defendant's criminal history. Accordingly, defendant's motion is DENIED WITHOUT PREJUDICE to reconsideration after defendant's completion of those steps.

SO ORDERED, this the 1st day of July, 2025.

_____
LOUISE W. FLANAGAN
United States District Judge